IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK BELCZYK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BABCOCK & WILCOX ENTERPRISES, INC., et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-00241-NBF<br><br>Class Action<br><br>**Demand for Jury Trial** |

### PLAINTIFFS' MOTION FOR (1) CLASS CERTIFICATION, (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, (3) APPROVAL OF CLASS NOTICE, AND (4) ORDER SETTING DATE FOR FINAL FAIRNESS HEARING

Plaintiffs Frank Belczyk, Sophie Belczyk, Michael Jurich, Dolores Scaia, and Jack E. Tallon ("Class Representatives"), on behalf of themselves and all other persons similarly situated, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC, and its Local 3059 (collectively, "USW"), have entered into a proposed settlement with Babcock & Wilcox Enterprises, Inc., and the Babcock & Wilcox Retiree Health Care Plan ("Defendants"). The parties have entered into a Stipulation of Settlement ("Settlement Agreement") which is attached as Exhibit A, and also have agreed on a proposed Class Notice, attached as Exhibit B.

Plaintiffs now move for: (1) class certification of the Settlement Class (as defined in the Settlement Agreement); (2) preliminary approval of the Settlement Agreement; (3) approval of the proposed Class Notice; and (3) entry of an order setting a date for a hearing on the fairness of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(2), along with other pertinent dates. Plaintiffs submit the accompanying Memorandum, Settlement Agreement, Class Notice and

other materials in support of this motion, as well as a proposed order. Defendants do not oppose this motion.

Dated: January 2, 2018                                                      Respectfully submitted,

                                                                                                            s/ Joel R. Hurt
                                                                                                               Joel R. Hurt (PA No. 85841)
                                                                                                               Email: jhurt@fdpklaw.com

| | |
|---|---|
| Anthony Resnick (PA No. 319682) | Pamina Ewing (PA No. 59244) |
| Assistant General Counsel | Ruairi McDonnell (PA No. 316998) |
| United Steelworkers | FEINSTEIN DOYLE PAYNE |
| Five Gateway Plaza, Room 807 |   & KRAVEC, LLC |
| Pittsburgh, PA  15222 | Law & Finance Building, Suite 1300 |
| Telephone: 412-562-2562 | 429 Fourth Avenue |
| Email: aresnick@usw.org | Pittsburgh, PA  15219 |
| | Telephone: 412-281-8400 |
| ***Counsel for Plaintiffs*** United Steel, | Fax: 412-281-1007 |
| Paper and Forestry, Rubber, | Email: pewing@fdpklaw.com |
| Manufacturing, Energy, Allied Industrial |        rmcdonnell@fdpklaw.com |
| and Service Workers International | |
| Union, AFL-CIO/CLC, and United | ***Counsel for Plaintiffs*** |
| Steel, Paper And Forestry, Rubber, | |
| Manufacturing, Energy, Allied Industrial | |
| And Service Workers International | |
| Union, AFL-CIO/CLC, Local 3059. | |