IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK BELCZYK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BABCOCK & WILCOX ENTERPRISES, INC., et al.,<br><br>Defendants. | No. 2:17-cv-00241-NBF<br><br>Class Action<br><br>**Demand for Jury Trial** |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Frank Belczyk, Sophie Belczyk, Michael Jurich, Dolores Scaia, and Jack E. Tallon ("Class Representatives"), on behalf of themselves and all other persons similarly situated, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC, and its Local 3059 (collectively, "USW"), have entered into a settlement with Babcock & Wilcox Enterprises, Inc., and the Babcock & Wilcox Retiree Health Care Plan ("Defendants").

On January 5, 2018, upon Plaintiffs' unopposed motion, this Court entered an order which (1) granted class certification of the Settlement Class (as defined in the Settlement Agreement) and appointed Class Representatives to represent the Settlement Class; (2) preliminarily approved the Settlement Agreement subject to notice and a final fairness hearing; (3) approved the proposed Class Notice and directed it to be mailed to Settlement Class members; (4) set the hearing on the fairness of the Settlement Agreement for April 6, 2018 ("Final Fairness Hearing"); and (5) ordered that any objections to the Settlement Agreement must be received no later than 30 days prior to the Final Fairness Hearing, or by March 7, 2018.

See Doc. #47. On February 20, 2018, pursuant to the Court's January 5, 2018 Order, Plaintiffs filed an unopposed motion for attorneys' fees, costs, and expenses as agreed upon in the Settlement Agreement. Doc. #48.

In support of final approval of the Settlement Agreement, Plaintiffs now submit the accompanying Memorandum of Law, as well as a proposed order. Defendants do not oppose this motion.

Dated:  March 23, 2018                                            Respectfully submitted,

                                                           s/ Joel R. Hurt
                                                              Joel R. Hurt (PA No. 85841)
                                                              Email:  jhurt@fdpklaw.com

| | |
|---|---|
| Anthony Resnick (PA No. 319682) | Pamina Ewing (PA No. 59244) |
| Assistant General Counsel | Ruairi McDonnell (PA No. 316998) |
| United Steelworkers | FEINSTEIN DOYLE PAYNE |
| Five Gateway Plaza, Room 807 |   & KRAVEC, LLC |
| Pittsburgh, PA  15222 | Law & Finance Building, Suite 1300 |
| Telephone:  412-562-2562 | 429 Fourth Avenue |
| Email:  aresnick@usw.org | Pittsburgh, PA  15219 |
| | Telephone:  412-281-8400 |
| ***Counsel for Plaintiffs United Steel,*** | Fax:  412-281-1007 |
| ***Paper and Forestry, Rubber,*** | Email:  pewing@fdpklaw.com |
| ***Manufacturing, Energy, Allied*** |         rmcdonnell@fdpklaw.com |
| ***Industrial and Service Workers*** | |
| ***International Union, AFL-CIO/CLC,*** | ***Counsel for Plaintiffs*** |
| ***and United Steel, Paper And Forestry,*** | |
| ***Rubber, Manufacturing, Energy, Allied*** | |
| ***Industrial And Service Workers*** | |
| ***International Union, AFL-CIO/CLC,*** | |
| ***Local 3059*** | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of March, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all appropriate CM/ECF participants. A copy of the foregoing document was served by U.S. First Class Mail to Patricia Connell, Objector, addressed as follows:

> Ms. Patricia Connell
> 103 Unity Square
> Greensburg, PA  15601

s/ Joel R. Hurt<br>
Joel R. Hurt